UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DENNIS HODGE

    v                                                        3:00CV1881 (SRU)

MARK STRANGE

## JUDGMENT

_____This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of petitioner's petition for writ of habeas corpus. After reviewing the papers submitted in connection with the petition, the Court entered a ruling on May 2, 2005, denying the petition.

Therefore, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied and the case is closed.

Dated at Bridgeport, Connecticut, this 3rd of May, 2005.

                                                                           KEVIN F. ROWE, Clerk

                                                                           By /s/ Alice Montz_____
                                                                                Deputy Clerk

Entered on Docket _____