UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 31 P 1:17
U.S. DISTRICT COURT
BRIDGEPORT CONN

| | | |
|---|---|---|
| **DENNIS HODGE,**<br>Petitioner, | : | |
| v. | : | CIVIL ACTION NO.<br>3:00CV1881 SRU |
| **MARK STRANGE,**<br>Respondent. | : | May 25, 2005 |

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

The petitioner, Dennis Hodge, request leave to file an appeal without prepayment of fees, costs, or security therefore pursuant to 28 U.S.C. §1915 and Rule 24, Fed. R. of App. Proc. In support of this request, the petitioner submits the attached affidavit which shows that the petitioner is unable to pay such fees, costs, or give security therefore, and is entitled to commence this appeal.

Respectfully submitted,
THE PETITIONER, DENNIS HODGE

By /s/ Mark Rademacher
Mark Rademacher, His Attorney
Assistant Public Defender
Office Chief Public Defender
Legal Services Unit
2911 Dixwell Ave.
Hamden, CT 06518
(203) 864-6150
fax (203) 865-6157
Fed. Bar. No. ct05481

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 27th day of May 2005, postage prepaid to:

Attorney James A. Killen
Supervisory Assistant State's Attorney
Chief State's Attorney's Office
300 Corporate Place
Rocky Hill, CT 06067
(860) 258-5887
fax (860) 258-5968
federal bar no. ct02058

Mark Rademacher