UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 31  P 1: 17
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

DENNIS HODGE,
    Petitioner,

v.

MARK STRANGE,
    Respondent.

CIVIL ACTION NO:
3:00CV1881(SRU)

May 27, 2005

### AFFIDAVIT OF PETITIONER'S COUNSEL IN SUPPORT OF HIS MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

I am counsel for the petitioner, Dennis Hodge, in the above-entitled case. In support of the petitioner's motion to proceed *in forma pauperis*, I state the petitioner is unable to pay the costs of this case or to give security therefore; and I believe that the petitioner is entitled to redress. In support of this motion, I state the following:

1. I am an Assistant Public Defender with the Legal Services Unit of the Pubic Defender's Office of the State of Connecticut.

2. At the petitioner's arraignment on June 2, 1992 for the criminal charges giving rise to the federal habeas action, a Judge of the Connecticut superior court found the petitioner was indigent and appointed the Office of the Public Defender to represent him. Since his arraignment, the Office of the Public Defender was continuously represented the petitioner.

3. After his conviction, a judge of the Connecticut superior court again found the petitioner to be indigent and I was appointed on April 5, 1998 to represent him on the direct appeal of his state court convictions.

4. After the Connecticut Supreme Court affirmed his convictions, the United States Supreme Court granted the petitioner's motion for leave to proceed in forma pauperis on a petition for certiorari on November 1, 1999, Hodge v. Connecticut, 528 U.S. 969 (1999).

1

5. On October 21, 2000, the petitioner filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. I represented him because he remained indigent and could not afford to hire an attorney.

6. The defendant was been continuously incarcerated since his arrest on June 2, 1992 and is current serving a sentence of 85 years. Since his conviction, the petitioner has been confined at the high security prison at Macdougall Correctional Instutite, 1153 East Street South, Suffield, CT 06080.

7. The petitioner's only source of income is a prison job at which he earns about $44.00 a month, and he receives on an irregular basis about $25.00 from his family for toiletries. He has not assets, property or real estate. I know this from discussion with the petitioner.

8. I believe that the petitioner has meritorious issues to pursue in his appeal, including the following:

1. Did the district court wrongly defer to the Connecticut trial court's factual finding that none of the state's reasons for its challenge of venireperson G.D. was pretextual when the Connecticut Supreme Court in Hodge made the factual finding, in contradiction of the trial court, that two of the state's reasons were pretextual?

2. Did the district court wrongly apply the Title VII case of St. Mary's Honor Center v. Hicks, 509 U.S. 502 (1993) to *Batson* claims in concluding that proof that the state gave two false, pretextual reasons for striking venireperson G.D. does not compel a finding that discriminatory intent was a factor in its decision?

3. When petitioner has shown that some, but not all, of the state's proffered reason are pretextual, does Howard v. Senkowski, 986 F.2d 24, 30 (2d Cir. 1993) require that the

2

burden of proof shift to the state to prove that it exercised the peremptory challenge because of other nonpretextual reasons?

Date: 5/27/05

Mark Rademacher, His Attorney
Assistant Public Defender
Office Chief Public Defender
Legal Services Unit
2911 Dixwell Ave.
Hamden, CT 06518
(203) 864-6150
fax (203) 865-6157
Fed. Bar. No. ct05481

SUBSCRIBED AND SWORN TO before me this 27th day of May, 2005

Commissioner of Superior Court

Let the applicant proceed without prepayment of costs and fess or the necessity of giving security therefore.

_____
District Court

3

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 27th day of May 2005, postage prepaid to:

Attorney James A. Killen
Supervisory Assistant State's Attorney
Chief State's Attorney's Office
300 Corporate Place
Rocky Hill, CT 06067
(860) 258-5887
fax (860) 258-5968
federal bar no. ct02058

*[signature]*
Mark Rademacher