UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

**FILED**

Roseann B. MacKechnie
CLERK

2005 JUN 13  P 1: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Date:                6/9/05
Docket Number:       05-2703-pr
Short Title:         Hodge v. Strange
DC Docket Number:    00-cv-1881
DC:                  DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:            Honorable Stefan Underhil

TO:    District Court  CTDC (Bridgeport)
       Appeals Clerk _____

FROM: Roseann B. MacKechnie
      Clerk, U.S. Court of Appeals
      for the Second Circuit

RE:    Leave to Proceed In Forma Pauperis

DATE:  June 9, 2005

    An appeal in this case has been docketed in the Court of Appeals and the district court docket sheet or other information available indicates that the appellant has moved for leave to proceed in forma pauperis and that the motion is or should be pending before you. The appeal may not move forward until the motion is acted upon. For your convenience, a form order to grant or deny leave to proceed on appeal in forma pauperis appears below. Please complete the order and forward it to the clerk of the district court, who should file it and transmit it to the Court of Appeals.

Connie Mazafiego
Deputy Clerk

Docket Number:      05-2703-pr
Short Title:        Hodge v. Strange
DC Docket Number:   00-cv-1881
DC:                 DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:           Honorable Stefan Underhil

## ORDER

Leave to proceed on appeal In Forma Pauperis is Granted ~~Denied.~~

Date: June 13, 2005

_____
United States District Judge

FILED 2005 JUN 13 P 3: 0_
U.S. DISTRICT COURT
BRIDGEPORT, CONN.