MANDATE

D.Conn.(New Haven)
00-cv-1881
Underhill, J.

FILED

# United States Court of Appeals
## SECOND CIRCUIT

APR 24 P 3:45

U.S. ... COURT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 8th day of March, two thousand and six,

Present:

    Hon. Sonia Sotomayor,
    Hon. Reena Raggi,
        *Circuit Judges*,
    Hon. Miriam Goldman Cedarbaum,
        *District Judge.**



UNITED STATES COURT OF APPEALS
FILED
MAR 8 2006
SECOND CIRCUIT

---

Dennis Hodge,

        Petitioner-Appellant,

    v.                                             05-2703-pr

Mark Strange,

        Respondent-Appellee.

---

    Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is dismissed because the appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c).

                FOR THE COURT:
                Roseann B. MacKechnie, Clerk

                By: *Lucille Carr*

MAR 8 2006

---

    *The Honorable Miriam Goldman Cedarbaum, Senior Judge of the United States District Court for the Southern District of New York, sitting by designation.

USCA SAO-MCK.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Issued as Mandate: APR 3 2006